Argued October 22, affirmed October 22, 1975

STATE OF OREGON, *Respondent, v.* KENNETH ALAN KIRCHEM (No. 17-188, CA 4724), *Appellant.*

541 P2d 832

*Richard A. Vachio,* Wheeler, argued the cause and filed the brief for appellant.

*James A. Hill,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and W. Michael Gillette, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and THORNTON, Judges.

PER CURIAM.

AFFIRMED. *See, Boykin v. Ott,* 10 Or App 210, 498 P2d 815, Sup Ct *review denied* (1972), *appeal dismissed* 411 US 912, 93 S Ct 1554, 36 L Ed 2d 304 (1973).